NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WESLEY THOMAS GRACE,               )
                                    )
          Appellant,               )
                                    )
v.                                  )          Case No. 2D18-3161
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                )
                                    )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Diane K. Chase, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                    Affirmed.



NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.